1  NATHAN S. DEAVER, ESQ.
   Nevada Bar No. 11947
2  BRICE J. CRAFTON, ESQ.
   Nevada Bar No. 10558
3  **DEAVER | CRAFTON**
   810 E. Charleston Blvd.
4  Las Vegas, NV 89104
   shannon@deavercrafton.com
5  Tel. 702.385.5969
   Fax. 702.385.6939
6  *Attorneys for Defendant*
   *Counterclaimant*

7

                    **UNITED STATES DISTRICT COURT**
8
                        **DISTRICT OF NEVADA**
9

10 AMERICAN NATIONAL PROPERTY AND           Case No:  2:18-cv-01548-RFB-BNW
   CASUALTY COMPANY, a foreign
   corporation,
11
                   Plaintiff,
12
   vs.
13
   BRITTNEY L. GARDINEER,
14
                   Defendant.
15

16 BRITTNEY GARDINEER, an Individual,

17                 Counterclaimant,

18 vs.

19 AMERICAN NATIONAL PROPERTY AND
   CASUALTY COMPANY, a foreign
20 corporation,

21                 Counterdefendant.

22

23        **STIPULATION AND ORDER TO EXTEND OPPOSITION**

24       **DEADLINE FOR MOTIONS TO SUMMARY JUDGMENT**

                                    1

**COMES NOW** Defendant/Counterclaimant, BRITTANY GARDINEER, by and through her undersigned counsel, BRICE J. CRAFTON, ESQ., of the law offices of DEAVER | CRAFTON and Plaintiff, AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, by and through their undersigned counsel, W. RANDOLPH PATTON, ESQ, of the law offices of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER and hereby Stipulates that both Oppositions to the Motions for Summary Judgment are now due on Tuesday, May 28, 2019.

DATED this 21st day of May, 2019

| DEAVER \| CRAFTON | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
|---|---|
| /s/ BRICE J. CRAFTON | /s/ W. RANDOLPH PATTON, ESQ. |
| **BRICE J. CRAFTON, ESQ.** | **W. RANDOLPH PATTON, ESQ.** |
| Nevada Bar No. 10558 | Nevada Bar No. 000365 |
| 810 E. Charleston Blvd. | 1100 E. Bridger Avenue |
| Las Vegas, Nevada 89104 | Las Vegas, NV 89101 |
| *Attorneys for Defendant/Counterclaimant* | *Attorneys for Plaintiff* |

**ORDER**

**IT IS SO ORDERED**

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED:** May 22, 2019

## CERTIFICATE OF SERVICE VIA CM/ECF & U.S. MAIL

Pursuant to FRCP 5, I hereby certify that I am an employee of DEAVER | CRAFTON and that on the 21st day of May, 2019, I caused to be served via CM/ECF & U.S. Mail, postage prepaid a true and correct copy of the document described herein,

Document Served:

## STIPULATION AND ORDER TO EXTEND OPPOSITION

## DEADLINE FOR MOTIONS TO SUMMARY JUDGMENT

Person(s) Served:

W. Randolph Patton, Esq.
THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER
1100 E. Bridger Avenue
P.O. Box 2070
Las Vegas, NV 89125

/s/ Shannon Shaffer

An Employee of Deaver | Crafton