NATHAN S. DEAVER, ESQ.
Nevada Bar No. 11947
BRICE J. CRAFTON, ESQ.
Nevada Bar No. 10558
**DEAVER | CRAFTON**
810 E. Charleston Blvd.
Las Vegas, NV 89104
shannon@deavercrafton.com
Tel. 702.385.5969
Fax. 702.385.6939
*Attorneys for Defendant Counterclaimant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BRITTNEY L. GARDINEER,<br><br>Defendant. | Case No: 2:18-cv-01548-RFB-BNW |
| BRITTNEY GARDINEER, an Individual,<br><br>Counterclaimant,<br><br>vs.<br><br>AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, a foreign corporation,<br><br>Counterdefendant. | |

**STIPULATION & ORDER TO EXTEND DEADLINE FOR REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

1  **COMES NOW** Defendant/Counterclaimant, BRITTANY GARDINEER, by and through
2  her undersigned counsel, BRICE J. CRAFTON, ESQ., of the law offices of **DEAVER |**
3  **CRAFTON** and Plaintiff, AMERICAN NATIONAL PROPERTY AND CASUALTY
4  COMPANY, by and through their undersigned counsel, W. RANDOLPH PATTON, ESQ, of the
5  law offices of **THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER** and
6  hereby Stipulates that Defendant/Counterclaimant's Reply to Plaintiff's Opposition to Motion for
7  Summary Judgment be extended to Friday, June 7, 2019.

**DATED** this 5th day of June, 2019

| **DEAVER | CRAFTON** | **THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER** |
|---|---|
| /s/ BRICE J. CRAFTON | /s/ W. RANDOLPH PATTON, ESQ. |
| **BRICE J. CRAFTON, ESQ.** | **W. RANDOLPH PATTON, ESQ.** |
| Nevada Bar No. 10558 | Nevada Bar No. 000365 |
| 810 E. Charleston Blvd. | 1100 E. Bridger Avenue |
| Las Vegas, Nevada 89104 | Las Vegas, NV 89101 |
| *Attorneys for Defendant/Counterclaimant* | *Attorneys for Plaintiff* |

**ORDER**

**IT IS SO ORDERED.**

_____
**RICHARD F. BOULAWRE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED:** June 6, 2019

**CERTIFICATE OF SERVICE VIA CM/ECF & U.S. MAIL**

Pursuant to FRCP 5, I hereby certify that I am an employee of DEAVER | CRAFTON and that on the 5th day of June, 2019, I caused to be served via CM/ECF & U.S. Mail, postage prepaid a true and correct copy of the document described herein,

Document Served:

**STIPULATION & ORDER TO EXTEND DEADLINE FOR REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Person(s) Served:

W. Randolph Patton, Esq.
THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER
1100 E. Bridger Avenue
P.O. Box 2070
Las Vegas, NV 89125

/s/ Shannon Shaffer
_____
An Employee of Deaver | Crafton